**Order entered September 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01044-CV

**KIMLEY-HORN AND ASSOCIATES, INC., Appellant**

**V.**

**WESTERN RIM PROPERTY SERVICES, INC., ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03270**

## ORDER

Before the Court is appellant's September 24, 2019 unopposed motion for an extension of time to file its brief on the merits. Appellant explains that the parties have agreed to mediate, selected a mediator, and anticipate mediation to occur by the second week of November. We **GRANT** the motion and extend the deadline to **Monday, December 2, 2019**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/     KEN MOLBERG
         JUSTICE